[No. 9627-3-I.   Division One.   March 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. TONY
BLACK, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-03821-1, William C. Goodloe, J., entered
December 10, 1980. *Affirmed* by unpublished opinion per
Durham, J., concurred in by Andersen, C.J., and Swanson,
J.

[No. 8996-0-I.   Division One.   March 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
LEE LAFRENIER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87922, Nancy A. Holman, J., entered May 19,
1980. *Affirmed in part* and *remanded* by unpublished
opinion per Callow, J., concurred in by Andersen, C.J., and
Ringold, J.

[No. 9355-0-I.   Division One.   March 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CLAYTON
JOHN PETERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-8-02714-1, Maurice Epstein, J. Pro Tem.,
entered September 5, 1980. *Affirmed* by unpublished opin-
ion per Callow, J., concurred in by Andersen, C.J., and
Ringold, J.